

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2021

No. 04-21-00350-CV

**IN THE INTEREST OF J.S.,** a child,

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-2060-CV-A
Honorable William D. Old III, Judge Presiding

### O R D E R

In this accelerated appeal of the trial court's order terminating Appellant's parental rights, Appellant's court-appointed attorney filed an *Anders* brief. In the brief, counsel states that after a professional evaluation of the record, counsel finds no reversible error, concludes the appeal is without merit and frivolous, and counsel attached a motion to withdraw. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in a parental rights termination appeal).

Counsel informed Appellant of her right to file a pro se brief and to request a free copy of the appellate record. Counsel provided Appellant with a form request for a free copy of the appellate record, and the form lacks only Appellant's contact information, date, and signature.

The State filed a letter waiving its right to file an appellee's brief unless Appellant files a pro se brief.

If Appellant desires to file a pro se brief, we ORDER Appellant to do so within **TWENTY DAYS** of the date of this order. *See* TEX. R. APP. P. 38.6(a).

If Appellant files a pro se brief, the State may file a responsive brief not later than TWENTY DAYS after Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

The motion to withdraw is HELD IN ABEYANCE pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2021.



_____

MICHAEL A. CRUZ, Clerk of Court